**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MATTHEW D. AREMAN, ESQUIRE
MARKOWITZ & RICHMAN
123 South Broad Street, Suite 2020
Philadelphia, PA 19109
(215) 875-3100
mareman@markowitzandrichman.com
*Attorney for Defendant, Rider University Chapter*
*of the American Association of University Professors*

| | | |
|---|---|---|
| ROBERT KENNY<br><br>Plaintiff,<br><br>v.<br><br>SUSAN M. DENBO, RIDER UNIVERSITY and THE RIDER UNIVERSITY CHAPTER OF OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. ________________<br><br>**NOTICE OF REMOVAL** |

TO: Michelle M. Smith, Esquire,
Clerk of the Superior Court of New Jersey
Richard J. Hughes Justice Complex
25 W. Market Street, 6th Floor North Wing
P.O. Box 971
Trenton, NJ 08625

Deputy Clerk, Superior Court of New Jersey
Mercer County Superior Court
175 S. Broad Street, PO Box 8068
Trenton, NJ 08650

Robert Kenny
145 Shrewsbury Court
Pennington, NJ 08534-5415
taxdefender@lawyer.com
*Plaintiff, Pro Se*

Mary Pat Gallagher, Esq.
Gerber & Partners, LLP
155 Willowbrook Blvd.
Wayne, N.J. 07470
mpgallagher@gerberpartners.com
*Counsel for Defendants, Susan M. Denbo and Rider University*

PLEASE TAKE NOTICE that defendant, the Rider University Chapter of the American Association of University Professors, by and through its counsel, Markowitz and Richman, hereby notices the removal of this action from the Superior Court of New Jersey, Mercer County, Docket No. MER-L-1641-12, to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §1441 and §1446, as amended, and in accordance with 28 U.S.C. §1331. As grounds for the removal of this action the Rider University Chapter of the American Association of University Professors states as follows:

1. Plaintiff, Robert Kenny ("Kenny"), brought an action against defendant, the Rider University Chapter of the American Association of University Professors ("Union"), in the Superior Court of New Jersey, Law Division for Mercer County (Dkt. No. MER-L-1641-12), by the filing of a Fourth Amended Complaint on or about October 20, 2016 [A true and correct copy of the Fourth Amended Complaint is attached hereto as Attachment A].
2. Service of the Fourth Amended Complaint upon the Union was purportedly made on or about October 24, 2016, though a copy of said Complaint was not actually

obtained by the Union until November 3, 2016 [A true and correct copy of plaintiff's Affidavit of Service is attached hereto as Attachment B].

3. The Fourth Amended Complaint alleges one (1) Count against the Union (Count IV – Paragraphs 124-134) brought pursuant to §301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. §185.

4. The Complaint also asserted claims against Susan M. Denbo ("Denbo") and Rider University.

5. Since the filing of the Fourth Amended Complaint, adding the Union as a defendant, the Union is unaware of additional proceedings in this action.

6. Federal question jurisdiction exists in this matter pursuant to 28 U.S.C. §1331, which provides that the district court has original jurisdiction of "all civil actions arising under the Constitution, laws, or treaties of the United States." The claim asserted by Kenny against the Union, a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. § 152(5), alleges a violation of the Union's duty of fair representation owed to Kenny in the handling of his grievance against his employer and is expressly brought under §301 of the Labor Management Relations Act, 29 U.S.C. §185 [See Attachment A at ¶¶ 5, 124].

7. This Court has also found that a complaint alleging a union's violation of the duty of fair representation is completely preempted by Section 9(a) of the National Labor Relations Act ("NLRA"), thus conferring subject matter jurisdiction pursuant to 28 U.S.C. § 1331. *Juan v. JNESO*, No. 2:16-0642 (WJM), 2016 WL 4059154, Slip Op.

at *2 (D.N.J. July 27, 2016); *see also*, *Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58, 63–64 (1987).

8. Venue is proper under 28 U.S.C. §1441 because this Court is the United States District Court for the district corresponding to the place where the state court action is pending.

9. Defendants, Denbo and Rider University, through their counsel, have authorized, consented to, and join in, this Notice of Removal.

10. As required by 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders issued after the filing of the Fourth Amended Complaint are annexed hereto as Attachments A and B.

11. This Notice is timely as it is being filed with the Clerk of the District Court for the District of New Jersey within thirty (30) days of the October 24, 2016 purported service of the Fourth Amended Complaint, as required by 28 U.S.C. §1446(b).

12. Attached hereto is a Civil Cover Sheet and Rule 7.1 Disclosure Statement, pursuant to Local Rule.

13. Defendant Union has also filed copies of this Notice with the Clerks of the Superior Court of New Jersey and Mercer County via overnight delivery, to effectuate removal of this action to the United State District Court, as well as to plaintiff and all other defendants via Electronic Mail and First-Class Mail, pursuant to 28 U.S.C. §1446(d).

14. Removal of this case to the United States District Court of the District of New Jersey does not constitute a waiver by the Union of its right to seek dismissal of this lawsuit.

Respectfully submitted,

MARKOWITZ & RICHMAN

/s/ Matthew D. Areman

Matthew D. Areman
123 South Broad Street, Suite 2020
Philadelphia, PA 19109
215-875-3100
mareman@markowitzandrichman.com

*Attorneys for Defendant, Rider University Chapter of the American Association of University Professors*

Dated: November 17, 2016