**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MATTHEW D. AREMAN, ESQUIRE
MARKOWITZ & RICHMAN
123 South Broad Street, Suite 2020
Philadelphia, PA 19109
(215) 875-3100
mareman@markowitzandrichman.com
*Attorney for Defendant, Rider University Chapter of the American Association of University Professors*

| | | |
|---|---|---|
| ROBERT KENNY<br><br>Plaintiff,<br><br>v.<br><br>SUSAN M. DENBO, RIDER UNIVERSITY and THE RIDER UNIVERSITY CHAPTER OF OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS<br><br>Defendants. | : | Civil Action No. _______________<br><br>**CERTIFICATE OF SERVICE** |

I, Matthew D. Areman, Esq., certify as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner with the law firm of Markowitz and Richman, attorneys for the defendant, the Rider University Chapter of the American Association of University Professors. As such, I am familiar with the facts set forth herein.

2. On this date, I served copies of the within Notice of Removal and accompanying documents upon the following:

   Michelle M. Smith, Esquire VIA OVERNIGHT DELIVERY
   Clerk of the Superior Court of New Jersey
   Richard J. Hughes Justice Complex
   25 W. Market Street, 6th Floor North Wing
   P.O. Box 971
   Trenton, NJ 08625

| | |
|---|---|
| Deputy Clerk<br>Superior Court of New Jersey<br>Mercer County Superior Court<br>175 S. Broad Street, PO Box 8068<br>Trenton, NJ 08650 | VIA OVERNIGHT DELIVERY |
| Robert Kenny<br>145 Shrewsbury Court<br>Pennington, NJ 08534-5415<br>taxdefender@lawyer.com<br>*Plaintiff, Pro Se* | VIA ELECTRONIC AND FIRST-CLASS MAIL |
| Mary Pat Gallagher, Esq.<br>Gerber & Partners, LLP<br>155 Willowbrook Blvd.<br>Wayne, N.J. 07470<br>mpgallagher@gerberpartners.com<br>*Counsel for Defendants, Susan M. Denbo and Rider University* | VIA ELECTRONIC AND FIRST-CLASS MAIL |

3. I certify, under penalty of perjury, that the foregoing is true and correct.

Respectfully submitted,

MARKOWITZ & RICHMAN

/s/ Matthew D. Areman

Matthew D. Areman
123 South Broad Street, Suite 2020
Philadelphia, PA 19109
215-875-3100
mareman@markowitzandrichman.com

*Attorneys for Defendant, Rider University Chapter of the American Association of University Professors*

Dated: November 17, 2016