**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**GERBER & PARTNERS LLP**
Steven Gerber, Esq.
Mary Pat Gallagher, Esq.
155 Willowbrook Boulevard, Suite 300
Wayne, New Jersey 07470
(973) 256-9000
*Attorneys for Defendants, Susan M. Denbo and Rider University*

ROBERT KENNY,

*Plaintiff,*

-vs.-

SUSAN M. DENBO, RIDER UNIVERSITY, and THE RIDER UNIVERSITY CHAPTER OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,

*Defendants.*

Civil Action No. 16-8578 (AET/LHG)

**NOTICE OF CROSS-MOTION TO STAY DISCOVERY PURSUANT TO RULE 26(c)**

TO: Robert Kenny
145 Shrewbury Court
Pennington, NJ 08534-5415
taxdefender@lawyer.com
*Plaintiff, Pro Se*

Matthew D. Areman, Esq.
123 South Broad Street, Suite 2020
Philadelphia, PA 19109
mareman@markowitzandrichman.com
*Attorneys for Defendant, Rider University Chapter of the American Association of University Professors*

PLEASE TAKE NOTICE that on January 3, 2017, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned attorney for defendants, Susan M. Denbo and Rider

University, shall cross-move before the United States District Court for the District of New Jersey in Trenton, New Jersey for an Order pursuant to Rule 26(c) staying discovery.

PLEASE TAKE FURTHER NOTICE that in support of its Motion Susan M. Denbo and Rider University shall rely on the attached Declaration of Mary Pat Gallagher, Esq. and exhibits thereto.

PLEASE TAKE FURTHER NOTICE a proposed form of order is submitted herewith.

Respectfully submitted,

GERBER & PARTNERS LLP

*/s/ Mary Pat Gallagher*

Mary Pat Gallagher
155 Willowbrook Blvd., Suite 300
Wayne, NJ 07470
973-256-9000
mpgallagher@gerberpartners.com

*Attorneys for Defendants, Susan M. Denbo and Rider Universtiy*

Dated: December 20, 2016