**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**GERBER & PARTNERS LLP**
Steven Gerber, Esq.
Mary Pat Gallagher, Esq.
155 Willowbrook Boulevard, Suite 300
Wayne, New Jersey 07470
(973) 256-9000
*Attorneys for Defendants, Susan M. Denbo and Rider University*

ROBERT KENNY,

*Plaintiff,*

-vs.-

SUSAN M. DENBO, RIDER UNIVERSITY, and THE RIDER UNIVERSITY CHAPTER OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,

*Defendants.*

Civil Action No. 16-8578 (AET/LHG)

**ORDER**

THIS MATTER having been opened to the Court by Defendants Susan M. Denbo and Rider University ("Defendants") by way of a Cross-Notice of Motion to Stay Discovery, and the Court having read and reviewed the moving papers submitted and for good cause having shown:

It is on this __ day of ________________, 2017,

ORDERED that Defendants' Cross-Motion to Stay Discovery pending the resolution of co-defendant Rider University Chapter of the American Association of University Professors' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (B)(6) is GRANTED; and it is

FURTHER ORDERED, that Plaintiff's Motion to Compel Discovery is DENIED; and it is

FURTHER ORDERED that Plaintiff shall withdraw the Second Sets of Interrogatories served on Defendants.

______________________________
U.S.D.J.