**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**GERBER & PARTNERS LLP**
Steven Gerber, Esq.
Mary Pat Gallagher, Esq.
155 Willowbrook Boulevard, Suite 300
Wayne, New Jersey 07470
(973) 256-9000
*Attorneys for Defendants, Susan M. Denbo and Rider University*

ROBERT KENNY,

*Plaintiff,*

-vs.-

SUSAN M. DENBO, RIDER UNIVERSITY, and THE RIDER UNIVERSITY CHAPTER OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,

*Defendants.*

Civil Action No. 16-8578 (AET/LHG)

**CERTIFICATE OF SERVICE**

I, Mary Pat Gallagher, Esq., certify as follows:

1. I am a Partner in the law firm of Gerber & Partners LLP, attorneys for Defendants, Susan M. Denbo and Rider University. As such, I am familiar with the facts set forth herein.

2. On this date, I served copies of the within Notice of Cross-Motion to Stay Discovery, Memorandum of Law in Support of Cross-Motion to Stay Discovery and in Opposition to Plaintiff's Motion to Remand and Compel Discovery; Declaration of Mary Pat Gallagher, Esq. with Exhibits and Order upon the following:

Robert Kenny
145 Shrewsbury Court
Pennington, NJ 08534
taxdefender@lawyer.com
*Plaintiff, Pro Se*

VIA ELECTRONIC FILING

Matthew D. Areman
Markowitz & Richman
123 South Broad Street, Suite 2020
Philadelphia, PA 19109
mareman@markowitzandrichman.com
*Attorney for Defendant, Rider University Chapter of the American Association of University Professors*

VIA ELECTRONIC FILING

3. I certify, under penalty of perjury, that the foregoing is true and correct.

Respectfully submitted,

GERBER & PARTNERS LLP

*/s/ Mary Pat Gallagher*
Mary Pat Gallagher
155 Willowbrook Blvd., Suite 300
Wayne, NJ 07470
mpgallagher@gerberpartners.com

*Attorneys for Defendants, Susan M. Denbo and Rider University*

Dated: December 20, 2016