FILED
NOV 04 2016
SUPERIOR COURT OF NJ
MERCER VICINAGE
CIVIL DIVISION

COPY

**GERBER & PARTNERS LLP**
Steven Gerber, Esq. – NJ Bar ID. 015911980
Mary Pat Gallagher, Esq. – NJ Bar ID. 021831992
155 Willowbrook Boulevard, Suite 300
Wayne, New Jersey 07470
(973) 256-9000
*Attorneys for Defendants, Susan M. Denbo and Rider University*
*Our File No: 8140.0016*

| | |
|---|---|
| ROBERT KENNY,<br><br>*Plaintiff,*<br><br>-vs.-<br><br>SUSAN M. DENBO, RIDER UNIVERSITY, and THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS COLLECTIVE BARGAINING CONGRESS,<br><br>*Defendants.* | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MERCER COUNTY<br><br>DOCKET NO: MER-L-1641-12<br><br>Civil Action<br><br>**ORDER**<br><br>DENIED |

THIS MATTER having been opened to the Court on motion of Defendants, Susan M. Denbo and Rider University (collectively referred to as "Moving Defendants"), by its attorneys, Gerber & Partners LLP, for an Order pursuant to R. 4:6-1(c) granting Defendants Motion to Quash Deposition Subpoena Directed to Shaun Holland and the Court having considered the certification of counsel submitted in support of the motion, and all opposing and reply papers that have been filed, together with such oral argument of counsel as may have been heard, and for good cause shown;

IT IS on this 4th day of ~~September~~ November, 2016, ORDERED that:

ORDERED that Moving Defendant's motion to quash deposition subpoena is granted DENIED DENIED

IT IS FURTHER ORDERED that a conformed copy of the within Order shall be served on all Plaintiff *Pro Se* within 7 days from the date of this Order.

Honorable Janetta D. Marbrey, J.S.C.

This Motion was X opposed
____ unopposed

On this date, pursuant to R. 1:6-2
The courts statement of reasons
have been set forth on the record.