**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**Robert Kenny,**
**145 Shrewsbury Court**
**Pennington, New Jersey 08534-5415**
**Facsimile: (609) 964-1948**
***Pro Se* Plaintiff**

**ROBERT KENNY,**
**Plaintiff,**

**-vs. -**

**SUSAN M. DENBO, RIDER UNIVERSITY and THE RIDER CHAPTER OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,**
**Defendants.**

**CIVIL ACTION NO. 16-8578**

**PLAINTIFF'S SECOND INTERROGATORIES DIRECTED TO DEFENDANT SUSAN M. DENBO**

November 14, 2016

The following are interrogatories propounded by Robert Kenny, Plaintiff to Defendant Susan M. Denbo in the above-entitled action. These interrogatories are to be answered under oath pursuant to Rule 4:17 of the New Jersey Court Rules.

**INSTRUCTIONS**

A. When answering the following Interrogatories, provide any and all information either in your possession, under your control, within your dominion or available to you, regardless of whether this information is in your personal possession or possessed by your agents, servants, employees, employer, family members, representatives or others with whom you have a relationship and from whom you are capable of deriving information, Documents, or material.

B. If any Interrogatory is not answered in full, state the precise reason for failing to complete the answer. If a legal objection is made with respect to any Interrogatory, you should set forth the specific reason for such objection. If only a portion of an Interrogatory cannot or will not be answered, provide the fullest answer to the Interrogatory and thereafter specifically set forth both (1) the fact that the answer is incomplete and (2) the reason or grounds for any omission and/or refusals to complete.

C. All financial questions relating to values are to be answered in terms of United States dollar values at the exchange rates existing as of the date requested.

**DEFINITIONS**

As used herein the following terms shall have the meanings indicated:

"Communication" or "Communications" means any and all inquiries discussions, conferences, conversations, negotiations, agreements, meetings, interviews, telephone conversations, letters, correspondence, notes telegrams, facsimiles, electronic mail, memoranda, or other forms of communications, including but not limited to both oral and written communications.

"Complaint" means the Fourth Amended Complaint filed in the above-captioned.

"Document" or "Documentary" shall mean the original and any copy, regardless of origin or location, of any book, pamphlet, periodical, letter, memorandum, telegram, electronic mail, audio recording, report, records, study, handwritten note, working paper, chart, photograph, index, tape, data sheet or data processing card or any other written, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or reproduced, to which you have or had access.

"Person" shall include natural persons, proprietorships, corporations, partnerships, groups, associations and/or organizations.

"Identify," "Identifying," and "Identification" when referring to a Person shall mean to provide an identification sufficient to notice a deposition of such Person and to serve such Person with process to require his or her attendance at a place of examination and shall include, without limitation, his or her full name, present or last known address, present or last known business affiliation, home and business telephone number, title or occupation, each of his or her positions during the applicable period of time covered by any answer referring to such Person and relationship to Defendants.

"Identify" or "Identity" when used in reference to a corporation shall mean state its full name and the address of its principal office.

"Identify" or "Identity" when used in reference to a Document shall mean state the date, author or originator, subject matter, addressee(s), type of Document (e.g., letter, memorandum, telegram, chart, etc.) or some other means of identifying it, and its present location and custodian. If any Document was, but is no longer, in your possession or subject to your control, state what disposition was made of it.

"Identify" or "Identity" when used in reference to an oral communication shall mean state the date, subject matter, type (telephone or in-person), the individual(s) who spoke the date of such conversation, and the sum and substance of the conversation.

"Relates" or "Relating" means concerning, reflecting, referring to, documenting, evidencing, illustrating or otherwise bearing upon in any way.

Any terms not heretofore defined shall have the meanings assigned them in the Complaint.

1. **Identify when where and how you first learned that the Collective Bargaining Agreement Relates to syllabi.**

**Answer:**

2. **At the motion hearing on October 26, 2012, (Transcript Attached A) your counsel insisted that there were no further emails that had not been disclosed to Judge Pereksta saying they had consulted with you on the matter (highlighted portions, pp. 8-9). Yet your November 16, 2012 supplemental certification (B.) admits to three emails not previously provided (B., ¶13). How do you explain this? Were your representations to your counsel or their representations to the Court in error?**

**Answer:**

**Interrogatory 9, dated December 12, 2014 asks for you to "Identify any Communications that you have had to date Relating to the subject matter of the Complaint including any with the AAUP. Attach copies of any Documentary communications. The definitions say "If any Document was, but is no longer, in your possession or subject to your control, state what disposition was made of it." You disclosed no such documents.**

**Yet, six months later in your June 11, 2015 certification, you admit to destroying emails after the arbitration and before this litigation; you also mention that you had a hard drive crash in 2013 and you lost some emails.**

**Why these deleted emails were not disclosed the first time in the answers to the December 12, 2014 interrogatories?**

**Why were the emails destroyed? Was the destruction selective or general? To the best of your knowledge, recollection, and belief how many were there? To whom were they sent and from whom were they received? Provide any information that would facilitate recovering them from the recipients/senders or otherwise.**

**Answer**

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

________________________________

DATED: **SUSAN M. DENBO, Defendant**