**GONZALEZ SAGGIO & HARLAN LLP**
155 Willowbrook Boulevard, Suite 300
Wayne, New Jersey 07470
(973) 256-9000
*Attorneys for Defendants, Susan M. Denbo and Rider University*
*Our File No: 8140.0016*

| | |
|---|---|
| ROBERT KENNY, | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MERCER COUNTY |
| *Plaintiff,* | DOCKET NO: MER-L-1641-12 |
| -vs.- | Civil Action |
| SUSAN M. DENBO and RIDER UNIVERSITY, | **SUPPLEMENTAL CERTIFICATION OF SUSAN M. DENBO** |
| *Defendants.* | |

SUSAN M. DENBO, J.D., of full age, hereby certifies as follows:

1. I am a Professor in the Marketing, Advertising and Legal Studies Department ("Department") of Rider University's ("Rider" or the "University") College of Business Administration and a named defendant in this matter. As such, I am familiar with the facts and circumstances stated herein.

2. Attached hereto as Exhibits A-1 to A-11 are copies of the emails exchanged between Mr. Kenny and me between January 23 and January 30, 2012.

3. Exhibit A-1 is the initial email from me to Mr. Kenny in which I responded to a voice mail message left by Mr. Kenny regarding his access to my course Blackboard. A-1 was attached to my Moving Certification dated August 6, 2012 ("moving certification").

4. Exhibit A-2 is Mr. Kenny's initial response to the issue raised in A-1. Following the receipt of A-2, I emailed Exhibit A-3 to Mr. Kenny. Copied on Exhibit A-3 were Shaun Holland, Rider's Instructional Technologist, and Ira Bruce Sprotzer, my Department Chair.

Exhibit A-3 is the first email in which I emailed to persons other than Mr. Kenny for the purpose of alerting both Mr. Holland and Mr. Sprotzer to Mr. Kenny's ability to access my course Blackboard. It is also the first email in which I request a copy of the syllabus that Mr. Kenny was using for the class. I never received a response from Mr. Kenny to that request. Both Exhibits A-2 and A-3 were attached to my moving certification.

5. The next email from Mr. Kenny is Exhibit A-4. In that email, Mr. Kenny, in response to my request for a copy of the syllabus, wrote: "I'll change everything including the homeworks then send you the copy."

6. I was very troubled that Mr. Kenny would not voluntarily provide a copy of the requested syllabus and expressed that fact to Mr. Kenny in Exhibit A-5. That email was also circulated to Ira Bruce Sprotzer and Shaun Holland.

7. Exhibit A-6 is the next email I sent to Mr. Kenny. By this point, I had obtained a copy of the syllabus that Mr. Kenny had posted on Blackboard. Other than a few non-material revisions, that syllabus was identical to my syllabus, which I believe explained why Mr. Kenny would not respond to my request for a copy. Exhibit A-6 does not list the "ccs" on the email. However, the following persons were copied on this email: then Department Chair Ira Bruce Sprotzer, Department Professors Ilene V. Goldberg and Susan O'Sullivan-Gavin, and Rider's Heather McMichael[1] and Shaun Holland. A copy of this email was attached to my moving certification and the content of this email is also found in paragraph 44 of the Amended Complaint.

8. Exhibit A-7 is Mr. Kenny's response to Exhibit A-6. Copied by Mr. Kenny on Exhibit A-7 were Ira Bruce Sprotzer, Susan O'Sullivan-Gavin, Ilene V. Goldberg, Heather McMichael and Shaun Holland. A copy of this email was not attached to my moving

[1] Ms. McMichael, who was Rider's Graduate Academic Coordinator, left the University in September, 2012.

certification but the content of this email is set forth in paragraph 44 of the Amended Complaint.

9. Exhibit A-8 is my response to Exhibit A-7 and, although not seen on Exhibit A-8, it too was circulated to Ira Bruce Sprotzer, Susan O'Sullivan-Gavin, Ilene V. Goldberg, Heather McMichael and Shaun Holland. A copy of this email was not attached to my moving certification but the content of this email is set forth in paragraph 44 of the Amended Complaint.

10. Exhibit A-9 is the next email that I received from Mr. Kenny. A copy of this email was attached to my moving certification.

11. Exhibit A-10 is another email from Mr. Kenny in which he advised that he would work on a new syllabus and send it to me. Mr. Kenny copied Ira Bruce Sprotzer, Susan O'Sullivan-Gavin, Ilene V. Goldberg, Heather McMichael and Shaun Holland. In addition, Mr. Kenny copied Dr. Larry Newman, who at the time was Rider's Dean of the College of Business Administration and John Farrell, Rider's Assistant Dean for Graduate and Professional Programs. This email was not part of any prior Rider submission to the Court.

12. The final email that I received from Mr. Kenny is Exhibit A-11. That email, which is dated January 30, 2012, is when I received from Mr. Kenny his course syllabus. This email was not part of any prior Rider submission to the Court.

13. Attached hereto as Exhibits B-1 to B-4 are emails from me to persons other than Mr. Kenny regarding Mr. Kenny and, where applicable, the responses thereto. Exhibits B-1 to B-4 were not part of any prior Rider submission to the Court.

14. Exhibit B-1 is referenced in paragraph 18 of my moving certification. However, it was not attached to that certification. Exhibit B-1 was emailed to Dr. Larry Newman and John Farrell. Copied on that email were Ira Bruce Sprotzer, Susan O'Sullivan-Gavin, Ilene V. Goldberg, Heather McMichael and Shaun Holland.

15. In the email attached as Exhibit B-2 to Shaun Holland and James Castagnera (highlighted portion), I forwarded an email string to and from Mr. Kenny, which included Mr. Kenny's email explanation of how he was able to access my Blackboard.

16. In the email attached as Exhibit B-3 (highlighted portion), I forwarded an email string to and from Mr. Kenny to Larry Newman, John J. Farrell, James Castagnera, Ira Bruce Sprotzer, Susan O'Sullivan-Gavin, Ilene V. Goldberg and Heather McMichael.

17. Exhibit B-4 is an email from me to John J. Farrell and Heather McMichael and Exhibit B-5 is Mr. Farrell's email response, which was also circulated to Heather McMichael, Larry M. Newman and James Castagnera.

18. Exhibit B-6 and B-7 are emails that I exchanged with Heather McMichael regarding obtaining a copy of the syllabus. This communication was referenced in paragraph 17 of my moving certification.

19. Attached hereto as Exhibits C-1 and C-2 is an email exchange between Shaun Holland and me regarding protection against unauthorized access to my Blackboard. Exhibit C-1 is referenced in paragraph 15 of my moving certification.

20. Attached hereto as Exhibits D-1 and D-2 are copies of two emails that I received from my Department Chair, Ira Bruce Sprotzer, in response to my January 23, 2012 email to Dr. Sprotzer and Shaun Holland (Exhibit A-3 hereto). Neither D-1 nor D-2 were previously referenced or submitted to the Court.

21. Attached hereto as Exhibit E-1 is my email to Professor Susan O'Sullivan-Gavin (highlighted portion of Exhibit E-1) and Professor O'Sullivan-Gavin's response (Exhibit E-2). Neither E-1 nor E-2 were previously referenced or submitted to the Court.

22. Each and every email I sent regarding Mr. Kenny's actions was an effort to protect my intellectual property rights, which are guaranteed under the collective bargaining agreement (the "CBA") between Rider University and the Rider University Chapter of the American Association of University Professors ("AAUP"). Initially, I sought to clarify how it was that Mr. Kenny was able to access my course Blackboard. Once I discovered that Mr. Kenny had, without permission or even accreditation, posted my syllabus to his course Blackboard, I simply sought to rectify the situation and enforce my CBA-protected intellectual property rights.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Susan M. Denbo [signature]

Susan M. Denbo, J.D.

Dated: November 6, 2012

**GONZALEZ SAGGIO & HARLAN LLP**
155 Willowbrook Boulevard, Suite 300
Wayne, New Jersey 07470
(973) 256-9000
*Attorneys for Defendants, Susan M. Denbo and Rider University*
*Our File No: 8140.0016*

| | |
|---|---|
| ROBERT KENNY,<br><br>*Plaintiff,*<br><br>-vs.-<br><br>SUSAN M. DENBO and RIDER UNIVERSITY,<br><br>*Defendants.* | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MERCER COUNTY<br><br>DOCKET NO: MER-L-1641-12<br><br>Civil Action<br><br>**FACSIMILE CERTIFICATION** |

I , Mary Pat Gallagher, hereby certify that:

1. I am an attorney at law of the State of New Jersey and a partner of the law firm of Gonzalez Saggio & Harlan LLP.

2. Pursuant to *R.* 1:4-4(c), I hereby certify that on November 6, 2012, I spoke with Susan Denbo whose signature appears on the last page of the within Certification, which signature page was sent to me by facsimile transmission. Ms. Denbo acknowledged to me that the signature on the facsimile copy is, in fact, her signature.

3. I further certify that upon the request of the Court, or any party, I will file a copy of the Certification of Susan Denbo with her original signature on it.

4. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Mary Pat Gallagher

Dated: November 6, 2012

# EXHIBIT A-1

----- Original Message -----
From: Susan M. Denbo
Sent: 01/23/12 01:00 PM
To: Robert Kenny
Subject: PMBA 8290

Hi Bob, I am on leave and just got your voice mail message. I was surprised to learn that you had accessed my course Blackboard. Can you let me know how? Thanks. Susan

Bob Kenny

LAW OFFICES OF ROBERT KENNY, ESQ., CPA, C.F.E.
ATTORNEY AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
103 CARNEGIE CENTER, SUITE 300
PRINCETON, NEW JERSEY 08540-6235
FAX 609 964-1948 PH 609 955-3500
(hours by appointment)

Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Bob Kenny

LAW OFFICES OF ROBERT KENNY, ESQ., CPA, C.F.E.
ATTORNEY AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
103 CARNEGIE CENTER, SUITE 300
PRINCETON, NEW JERSEY 08540-6235
FAX 609 964-1948 PH 609 955-3500

# EXHIBIT A-2

----- Original Message -----
From: "ROBERT KENNY" <taxdefender@lawyer.com>
To: "Susan M. Denbo" <denbo@rider.edu>
Sent: Monday, January 23, 2012 8:05:10 PM GMT -05:00 US/Canada Eastern
Subject: Re: PMBA 8290

I apologize if I was out of order doing that but I merely did a search of Blackboard under your name and it came right up. If you want me to do this on my own I will of course respect your wishes.

# EXHIBIT A-3

----- Original Message -----
From: "Susan M. Denbo" <denbo@rider.edu>
To: "ROBERT KENNY" <taxdefender@lawyer.com>
Cc: "Shaun Holland" <Holland@rider.edu>, "Ira Bruce Sprotzer" <sprotzer@rider.edu>
Sent: Monday, January 23, 2012 9:27:54 PM GMT -05:00 US/Canada Eastern
Subject: Re: PMBA 8290

Hi Bob,

I am quite surprised that you were able to access all of my course materials. Are you using the same homework assignments, power point slides, syllabus and other materials that I spent countless hours drafting? Have all of your students already accessed this material?
If that is the case, I will not be able to use these materials the next time I teach the course, which is quite upsetting. I was under the impression that no one could access a Blackboard account unless enrolled in the course. Can you send me your syllabus and let me know which of my materials you are using? Had you contacted me, I would have been happy to discuss my course with you.

Thanks.

Susan

# EXHIBIT A-4

----- Original Message -----
From: "ROBERT KENNY" <taxdefender@lawyer.com>
To: "Susan M. Denbo" <denbo@rider.edu>
Sent: Monday, January 23, 2012 10:29:02 PM GMT -05:00 US/Canada Eastern
Subject: Re: PMBA 8290

Answers below

----- Original Message -----
From: Susan M. Denbo
Sent: 01/23/12 09:27 PM
To: ROBERT KENNY
Subject: Re: PMBA 8290

Hi Bob,

I am quite surprised that you were able to access all of my course materials. Are you using the same homework assignments, power point slides, syllabus and other materials that I spent countless hours drafting?

*Yes to the powerpoints from the text and I adapted your syllabus. No to everything else. I was seeking your permission to use your materials. The students have none of this. I did not know that once used you could not use them again. I always do this from term to term. Again my apologies.*

Have all of your students already accessed this material?

*No*

If that is the case, I will not be able to use these materials the next time I teach the course, which is quite upsetting. I was under the impression that no one could access a Blackboard account unless enrolled in the course. Can you send me your syllabus and let me know which of my materials you are using? Had you contacted me, I would have been happy to discuss my course with you.

*I'll change everything including the homeworks then send you the copy.*

Thanks.

Susan

# EXHIBIT A-5

----- Original Message -----
From: "Susan M. Denbo" <denbo@rider.edu>
To: "ROBERT KENNY" <taxdefender@lawyer.com>
Cc: "Ira Bruce Sprotzer" <sprotzer@rider.edu>, "Shaun Holland" <Holland@rider.edu>
Sent: Wednesday, January 25, 2012 9:18:08 AM GMT -05:00 US/Canada Eastern
Subject: Re: PMBA 8290

Bob,

Thanks for your response. I am troubled that you accessed my Blackboard for the course without asking my permission. The fact that you contacted me on Monday morning -- the day that the class first met, leads me to believe that you expected to use all of my materials for the course. I assume that you distributed a syllabus on Monday night and I would very much like to see that version.

You have known for months that you would be teaching the course and I would have been happy to discuss it with you at any time. I would have shared some of my materials with you if you had only asked. I don't know which of my materials you have copied (in addition to the syllabus) and, quite frankly, I am extremely upset about this whole episode. I also find it ironic that this has occurred in a class that deals with ethics.

Susan

# EXHIBIT A-6

----- Original Message -----
From: Susan M. Denbo
Sent: 01/25/12 01:50 PM
To: ROBERT KENNY
Subject: Unbelievable!!!!!

Hello Again, I have a copy of your course syllabus that was posted on your Blackboard on Saturday, January 14th. I received a copy from one of your students. It is identical to my syllabus-- and references the material on my Blackboard--including my assignments and debate materials. I am outraged!!!!! How is this possible? Susan

Bob Kenny

LAW OFFICES OF ROBERT KENNY, ESQ., CPA, C.F.E.
ATTORNEY AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
103 CARNEGIE CENTER, SUITE 300
PRINCETON, NEW JERSEY 08540-6235
FAX 609 964-1948 PH 609 955-3500
(hours by appointment)

Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding

penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT A-7

From: "ROBERT KENNY" <taxdefender@lawyer.com>
To: "Susan M. Denbo" <denbo@rider.edu>
Cc: "Ira Bruce Sprotzer" <sprotzer@rider.edu>, "Susan OSullivan-Gavin" <sosullivang@rider.edu>, "Ilene V. Goldberg" <goldbergi@rider.edu>, "Heather McMichael" <hmcmichael@rider.edu>, "Shaun Holland" <Holland@rider.edu>
Sent: Wednesday, January 25, 2012 4:21:03 PM
Subject: Re: Unbelievable!!!!!

As I mentioned to you, none of your materials have been posted to my Blackboard. I asked your permission first. Now that you've declined I told you I would revise the syllabus and send you a copy. If you look closely the syllabus is not identical. I will forward my prior emails to all concerned.

And as I already mentioned apparently any instructor can look up your web pages or mine on Blackboard. You may be able to block this if that's what you want.

I was out of town when I did all this and I've already apologized for presuming I could use your materials. As you know it never happened. So I am confused as to why this email is being circulated.

# EXHIBIT A-8

----- Original Message -----
From: Susan M. Denbo
Sent: 01/25/12 04:58 PM
To: ROBERT KENNY
Subject: Re: Unbelievable!!!!!

I have attached the syllabus that you distributed. It refers to materials on my Blackboard site. I have also attached my syllabus. To me, they are identical-- other than your name and your grading scale. Can you let us all know what other differences there are? How will you explain to the students that the first syllabus is not the one you will use? Looking at someone's Blackboard page and copying someone else's syllabus to me, at least, are very different things. Can you let us know where we can find all of the items listed on your syllabus? Where can the students find this material? What are your Debate and Essay Guidelines, for example.

# EXHIBIT A-9

[redacted]

----- Original Message -----
From: ROBERT KENNY
Sent: 01/25/12 04:49 PM
To: Susan M. Denbo
Subject: Re: PMBA 8290

Sorry you're upset. I've apologized and after that that's all I can do.

It's merely bad timing; I was out of town for two weeks and had to put something up temporarily. I didn't see any problem in accessing your materials without your permission and neither apparently does the person who set up the Blackboard system. If you don't want anybody to have access you can probably block it somehow.

The only materials I accessed so far are non-copyrighted video links that the general public has access to. I don't see any ethical problems with that. In any event I didn't use them. Instead I used the "Hot Coffee" dvd from the library that I offered to you.

Rest assured it won't happen again.

# EXHIBIT A-10

----- Original Message -----
From: "ROBERT KENNY" <taxdefender@lawyer.com>
To: "Susan M. Denbo" <denbo@rider.edu>
Cc: "Ira Bruce Sprotzer" <sprotzer@rider.edu>, "Susan OSullivan-Gavin" <sosullivang@rider.edu>, "Ilene V. Goldberg" <goldbergi@rider.edu>, "Heather McMichael" <hmcmichael@rider.edu>, "Shaun Holland" <Holland@rider.edu>, "Larry Newman" <newman@rider.edu>, "John J. Farrell" <jfarrell@rider.edu>
Sent: Wednesday, January 25, 2012 5:18:20 PM GMT -05:00 US/Canada Eastern
Subject: Re: Unbelievable!!!!!

As I tried to explain I'll work on a new syllabus and send it to you. I'll simply tell the students I don't have your permission to use your materials if anyone asks - I don't think they will. The new syllabus will use none of your materials though with your permission I might want to use some of the grading structure from your syllabus.

enough said?

# EXHIBIT A-11

----- Original Message -----
From: ROBERT KENNY
Sent: 01/30/12 11:39 AM
To: Susan M. Denbo
Subject: Re: Unbelievable!!!!! New syllabus attached

Working with Blackboard over the weekend it suddenly occurred to me why I jumped to the conclusion I could use your syllabus. My Blackboard has a screen that asks if I want to give other instructors access to my syllabus. I checked yes. Seeing that you had given access I rashly assumed that you were giving permission. I've composed another syllabus as I promised last week and I apologize again for my presumptiousness. I deeply regret this whole affair most especially for causing you concern.

Kindest regards,
Bob

# EXHIBIT B-1

**From:** "Susan M. Denbo" <denbo@rider.edu>
**Subject: Bob Kenny**
**Date:** January 25, 2012 2:30:07 PM EST
**To:** Larry Newman <newman@rider.edu>, "John J. Farrell" <jfarrell@rider.edu>
**Cc:** Ira Bruce Sprotzer <sprotzer@rider.edu>, "Ilene V. Goldberg" <goldbergi@rider.edu>, Susan O'Sullivan-Gavin <sosullivang@rider.edu>, Heather McMichael <hmcmichael@rider.edu>, Shaun Holland <Holland@rider.edu>

Dear Larry and John,

I am writing to inform you about a case of EXTREME unethical behavior perpetrated by one of our priority adjuncts, Bob Kenny. Due to a glitch in the new Blackboard, all of our courses have a default setting that permits "guest" access. Without my permission, Bob Kenny accessed the Blackboard for my Fall 2011 PMBA 8290: Legal and Ethical Aspects of Management course. He is teaching the course this semester while I am on leave.

I learned that he had accessed my account on Monday when I returned to my office and had a voice mail message from him asking me to allow him to upload MY ENTIRE BLACKBOARD!!! When I inquired how he had seen what was on my Blackboard, he informed me that he had done a search on Blackboard and found the course.

As you know, this is a very comprehensive course and I have spent a great deal of time putting it together. My Blackboard is the result of significant work on my part. I told him that I would not permit him to use all of my materials and he assured me that he had not posted anything yet. When I asked him for a copy of the syllabus that he distributed to the students on Monday night, he told me that he would be revising it and would send me the revised version.

I asked Heather to obtain a copy of the syllabus that he provided to his students and she sent me the version that Bob posted on Blackboard on Saturday, January 14 (before he even called me). It is IDENTICAL to my syllabus and references all of my Blackboard materials--my readings, homework assignments, debate materials and power point slides that I drafted myself. I don't believe that he has posted my materials yet-- and I have changed the setting on my account so that "guests" are no longer able to see it. However, he may have copied the material and may still post it.

As I told Ira, I am beyond outraged (can you tell by the capital letters and exclamation points?). To add insult to injury, this course is titled "The Legal and ETHICAL Aspects of Management." Do we want this person teaching ethics?

I really don't know what the immediate solution to this problem is. I would hate to harm the students

so I imagine he will have to teach the course this semester. Nevertheless, he has to do it on his own--without my materials. I do believe that he should no longer teach at Rider.

I will forward you my correspondence with Bob to date.

Susan

# EXHIBIT B-2

Subject: Fwd: PMBA 8290
From: "Susan M. Denbo" <denbo@rider.edu>
Date: Wed, 25 Jan 2012 17:00:20 -0500 (EST)
To: Shaun Holland <Holland@rider.edu>, castagne <castagne@rider.edu>

UGH!!!! Can you please respond to this? Does OIT not have a problem with this???????
----- Forwarded Message -----
From: "ROBERT KENNY" <taxdefender@lawyer.com>
To: "Susan M. Denbo" <denbo@rider.edu>
Cc: "Ira Bruce Sprotzer" <sprotzer@rider.edu>, "Shaun Holland" <Holland@rider.edu>
Sent: Wednesday, January 25, 2012 4:49:02 PM GMT -05:00 US/Canada Eastern
Subject: Re: PMBA 8290

Sorry you're upset. I've apologized and after that that's all I can do.

It's merely bad timing; I was out of town for two weeks and had to put something up temporarily. I didn't see any problem in accessing your materials without your permission and neither apparently does the person who set up the Blackboard system. If you don't want anybody to have access you can probably block it somehow.

The only materials I accessed so far are non-copyrighted video links that the general public has access to. I don't see any ethical problems with that. In any event I didn't use them. Instead I used the "Hot Coffee" dvd from the library that I offered to you.

Rest assured it won't happen again.
----- Original Message -----
From: Susan M. Denbo
Sent: 01/25/12 09:18 AM
To: ROBERT KENNY
Subject: Re: PMBA 8290

Bob, Thanks for your response. I am troubled that you accessed my Blackboard for the course without asking my permission. The fact that you contacted me on Monday morning -- the day that the class first met, leads me to believe that you expected to use all of my materials for the course. I assume that you distributed a syllabus on Monday night and I would very much like to see that version. You have known for months that you would be teaching the course and I would have been happy to discuss it with you at any time. I would have shared some of my materials with you if you had only asked. I don't know which of my materials you have copied (in addition to the syllabus) and, quite frankly, I am extremely upset about this whole episode. I also find it ironic that this has occurred in a class that deals with ethics. Susan ----- Original Message ----- From: "ROBERT KENNY" <taxdefender@lawyer.com> To: "Susan M. Denbo" <denbo@rider.edu> Sent: Monday, January 23, 2012 10:29:02 PM GM!
T -05:00 US/Canada Eastern Subject: Re: PMBA 8290 Answers below ----- Original Message ----- From: Susan M. Denbo Sent: 01/23/12 09:27 PM To: ROBERT KENNY Subject: Re: PMBA 8290 Hi Bob, I am quite surprised that you were able to access all of my course materials. Are you using the same homework assignments, power point slides, syllabus and other materials that I spent countless hours drafting? ***Yes to the powerpoints from the text and I adapted your syllabus. No to everything else. I was seeking your permission to use your materials. The students have none of this. I did not know that once used you could not use them again. I always do this from term to term. Again my apologies.*** Have all of your students already accessed this material? *No* If that is the case, I will not be able to use these materials the next time I teach the course, which is quite upsetting. I was under the impression that no one could access a Blackboard account unless enrolled in the course. Can you s!
end me your syllabus and let me know which of my materials you are usi
ng? Had you contacted me, I would have been happy to discuss my course with you. *I'll change everything including the homeworks then send you the copy.* Thanks. Susan ----- Original Message ----- From: "ROBERT KENNY" <taxdefender@lawyer.com> To: "Susan M. Denbo" <denbo@rider.edu> Sent: Monday, January 23, 2012 8:05:10 PM GMT -05:00 US/Canada Eastern Subject: Re: PMBA 8290 I apologize if I was out of order doing that but I merely did a search of Blackboard under your name

and it came right up. If you want me to do this on my own I will of course respect your wishes. ----- Original Message ----- From: Susan M. Denbo Sent: 01/23/12 01:00 PM To: Robert Kenny Subject: PMBA 8290 Hi Bob, I am on leave and just got your voice mail message. I was surprised to learn that you had accessed my course Blackboard. Can you let me know how? Thanks. Susan Bob Kenny LAW OFFICES OF ROBERT KENNY, ESQ., CPA, C.F.E. ATTORNEY AT LAW A PROFESSIONAL LIMITED LIABILITY COMPANY 103 CARNEGIE CENTER, SUI!
TE 300 PRINCETON, NEW JERSEY 08540-6235 FAX 609 964-1948 PH 609 955-3500 (hours by appointment) Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Bob Kenny LAW OFFICES OF ROBERT KENNY, ESQ., CPA, C.F.E. ATTORNEY AT LAW A PROFESSIONAL LIMITED LIABILITY COMPANY 103 CARNEGIE CENTER, SUITE 300 PRINCETON, NEW JERSEY 08540-6235 FAX 609 964-1948 PH 609 955-3500 (hours by appointment) Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or writ!
ten to be used, and cannot be used, for the purpose of (i) avoiding pe
nalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Bob Kenny

LAW OFFICES OF ROBERT KENNY, ESQ., CPA, C.F.E.
ATTORNEY AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
103 CARNEGIE CENTER, SUITE 300
PRINCETON, NEW JERSEY 08540-6235
FAX 609 964-1948 PH 609 955-3500
(hours by appointment)

Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT B-3

**Subject:** Fwd: PMBA 8290
**From:** "Susan M. Denbo" <denbo@rider.edu>
**Date:** Wed, 25 Jan 2012 17:07:46 -0500 (EST)
**To:** Larry Newman <newman@rider.edu>, "John J. Farrell" <jfarrell@rider.edu>, castagne <castagne@rider.edu>, Ira Bruce Sprotzer <sprotzer@rider.edu>, Susan O'Sullivan-Gavin <sosullivang@rider.edu>, "Ilene V. Goldberg" <goldbergi@rider.edu>, Heather McMichael <hmcmichael@rider.edu>

Bad Timing? REALLY????????? That is the explanation?

Thank goodness I am on leave and will be on the beach on Saturday. I feel like I am going to explode. He has known that he was teaching this course for months. Am I crazy here? Aren't the two syllabi identical?

----- Forwarded Message -----
From: "ROBERT KENNY" <taxdefender@lawyer.com>
To: "Susan M. Denbo" <denbo@rider.edu>
Cc: "Ira Bruce Sprotzer" <sprotzer@rider.edu>, "Shaun Holland" <Holland@rider.edu>
Sent: Wednesday, January 25, 2012 4:49:02 PM GMT -05:00 US/Canada Eastern
Subject: Re: PMBA 8290

Sorry you're upset. I've apologized and after that that's all I can do.

It's merely bad timing; I was out of town for two weeks and had to put something up temporarily. I didn't see any problem in accessing your materials without your permission and neither apparently does the person who set up the Blackboard system. If you don't want anybody to have access you can probably block it somehow.

The only materials I accessed so far are non-copyrighted video links that the general public has access to. I don't see any ethical problems with that. In any event I didn't use them. Instead I used the "Hot Coffee" dvd from the library that I offered to you.

Rest assured it won't happen again.
----- Original Message -----
From: Susan M. Denbo
Sent: 01/25/12 09:18 AM
To: ROBERT KENNY
Subject: Re: PMBA 8290

Bob, Thanks for your response. I am troubled that you accessed my Blackboard for the course without asking my permission. The fact that you contacted me on Monday morning -- the day that the class first met, leads me to believe that you expected to use all of my materials for the course. I assume that you distributed a syllabus on Monday night and I would very much like to see that version. You have known for months that you would be teaching the course and I would have been happy to discuss it with you at any time. I would have shared some of my materials with you if you had only asked. I don't know which of my materials you have copied (in addition to the syllabus) and, quite frankly, I am extremely upset about this whole episode. I also find it ironic that this has occurred in a class that deals with ethics. Susan ----- Original Message ----- From: "ROBERT KENNY" <taxdefender@lawyer.com> To: "Susan M. Denbo" <denbo@rider.edu> Sent: Monday, January 23, 2012 10:29:02 PM GM!
T -05:00 US/Canada Eastern Subject: Re: PMBA 8290 Answers below ----- Original Message ----- From: Susan M. Denbo Sent: 01/23/12 09:27 PM To: ROBERT KENNY Subject: Re: PMBA 8290 Hi Bob, I am quite surprised that you were able to access all of my course materials. Are you using the same homework assignments, power point slides, syllabus and other materials that I spent countless hours drafting? *Yes to the powerpoints from the text and I adapted your syllabus. No to everything else. I was seeking your permission to use your materials. The students have none of this. I did not know that once used you could not use them again. I always do this from term to term. Again my apologies.* Have all of your students already accessed this material? *No* If that is the case, I will not be able to

use these materials the next time I teach the course, which is quite upsetting. I was under the impression that no one could access a Blackboard account unless enrolled in the course. Can you s!
end me your syllabus and let me know which of my materials you are usi
ng? Had you contacted me, I would have been happy to discuss my course with you. *I'll change everything including the homeworks then send you the copy.* Thanks. Susan ----- Original Message ----- From: "ROBERT KENNY" <taxdefender@lawyer.com> To: "Susan M. Denbo" <denbo@rider.edu> Sent: Monday, January 23, 2012 8:05:10 PM GMT -05:00 US/Canada Eastern Subject: Re: PMBA 8290 I apologize if I was out of order doing that but I merely did a search of Blackboard under your name and it came right up. If you want me to do this on my own I will of course respect your wishes. ----- Original Message ----- From: Susan M. Denbo Sent: 01/23/12 01:00 PM To: Robert Kenny Subject: PMBA 8290 Hi Bob, I am on leave and just got your voice mail message. I was surprised to learn that you had accessed my course Blackboard. Can you let me know how? Thanks. Susan Bob Kenny LAW OFFICES OF ROBERT KENNY, ESQ., CPA, C.F.E. ATTORNEY AT LAW A PROFESSIONAL LIMITED LIABILITY COMPANY 103 CARNEGIE CENTER, SUI!
TE 300 PRINCETON, NEW JERSEY 08540-6235 FAX 609 964-1948 PH 609 955-3500 (hours by appointment) Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Bob Kenny LAW OFFICES OF ROBERT KENNY, ESQ., CPA, C.F.E. ATTORNEY AT LAW A PROFESSIONAL LIMITED LIABILITY COMPANY 103 CARNEGIE CENTER, SUITE 300 PRINCETON, NEW JERSEY 08540-6235 FAX 609 964-1948 PH 609 955-3500 (hours by appointment) Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or writ!
ten to be used, and cannot be used, for the purpose of (i) avoiding pe
nalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Bob Kenny

LAW OFFICES OF ROBERT KENNY, ESQ., CPA, C.F.E.
ATTORNEY AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
103 CARNEGIE CENTER, SUITE 300
PRINCETON, NEW JERSEY 08540-6235
FAX 609 964-1948 PH 609 955-3500
(hours by appointment)

Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT B-4

On 1/25/2012 17:30, Susan M. Denbo wrote:

> Hi John and Heather,
>
> Can one of you speak to a student in Bob Kenny's class to determine what he told the class when he distributed my syllabus? Did he explain to them when they could access the Blackboard materials listed on the syllabus?
> Will I now be vilified for refusing to give home my work?
>
> I am so sorry to drag you into this mess but I am so upset by it all.
>
> Susan
> ----- Forwarded Message -----
> From: "ROBERT KENNY" <taxdefender@lawyer.com>
> To: "Susan M. Denbo" <denbo@rider.edu>
> Cc: "Ira Bruce Sprotzer" <sprotzer@rider.edu>, "Susan OSullivan-Gavin" <sosullivang@rider.edu>, "Ilene V. Goldberg" <goldbergi@rider.edu>, "Heather McMichael" <hmcmichael@rider.edu>, "Shaun Holland" <Holland@rider.edu>, "Larry Newman" <newman@rider.edu>, "John J. Farrell" <jfarrell@rider.edu>
> Sent: Wednesday, January 25, 2012 5:18:20 PM GMT -05:00 US/Canada Eastern
> Subject: Re: Unbelievable!!!!!
>
> As I tried to explain I'll work on a new syllabus and send it to you. I'll simply tell the students I don't have your permission to use your materials if anyone asks - I don't think they will. The new syllabus will use none of your materials though with your permission I might want to use some of the grading structure from your syllabus.
>
> enough said?
>
> ----- Original Message -----
> From: Susan M. Denbo
> Sent: 01/25/12 04:58 PM
> To: ROBERT KENNY

# EXHIBIT B-5

**Subject:** Re: Fwd: Unbelievable!!!!!
**From:** John Farrell <jfarrell@rider.edu>
**Date:** Wed, 25 Jan 2012 17:39:37 -0500
**To:** "Susan M. Denbo" <denbo@rider.edu>
**CC:** Heather McMichael <hmcmichael@rider.edu>, "Dr. Larry M. Newman" <newman@RIDER.EDU>, JIM CASTAGNERA <CASTAGNE@rider.edu>

Susan,

Larry and I will be meeting with Jim Castagnera first thing tomorrow morning. From there, we will determine the appropriate follow up on this matter, which may include as you suggest speaking to students in the class. I know Larry and I would like to have this matter handled appropriately and quickly.

Thank you for your patience.

Best regards,

John Farrell

EXHIBIT B-6

----- Original Message -----
From: "Susan M. Denbo" <denbo@rider.edu>
To: "Heather McMichael" <hmcmichael@rider.edu>
Sent: Wednesday, January 25, 2012 9:01:45 AM GMT -05:00 US/Canada Eastern
Subject: PMBA 8290

Hi Heather,

I have been unable to obtain a copy of the PMBA 8290 syllabus that Bob Kenny distributed on Monday nght. If you know any of the students in the class, could you ask them for a copy?

Thanks so much.

Susan

# EXHIBIT B-7

Forwarded Message -----
From: "Heather McMichael" <hmcmichael@rider.edu>
To: "Susan M. Denbo" <denbo@rider.edu>
Sent: Wednesday, January 25, 2012 1:28:20 PM
Subject: Re: PMBA 8290

Yes, I have one. I've scanned it and will send to you as an attachment in a follow up message.

# EXHIBIT C-1

On Monday, January 23, 2012 at 9:12 PM, Susan M. Denbo wrote:

> Hi Shaun,
>
> Is there a way to insure that no one can access my two PMBA 8290 Blackboard courses? Apparently, an adjunct has decided to use my syllabus and all of my assignments--without even asking me first!
>
> Thanks.
>
> Susan

# EXHIBIT C-2

----- Forwarded Message -----
From: "Shaun Holland" <shaun.holland213@gmail.com>
To: "Susan M. Denbo" <denbo@rider.edu>
Cc: "Jon Jones" <jjones@rider.edu>, "Heeyoung Kim" <hekim@rider.edu>
Sent: Tuesday, January 24, 2012 12:08:19 AM
Subject: Re: PMBA 8290

Good evening Professor Denbo,

My apologies for not getting back to you sooner. I am slightly out of town attending a funeral.

I checked your course and have an explanation (I've also included screen shots for you to see what I am speaking about). The issue has to do with guest access in your course. Guess access by default is turned off in every course meaning someone who is simply browsing through the course catalog cannot access any material (they can see the Home Page and Course menu). Turning on Guest access allows people not enrolled in your course. (I included a screen shot of the system default, because I double checked to make sure it wasn't turned on for some reason).

Checking your course, (I guessed we were speaking about the PMBA-8290-M1-11FA), Guest Access is turned ON, meaning anyone who browses the course catalog will have some limited access to any content. There are two ways to resolve this:

In the Control Panel click on Customization. There is a link for Guest and Observer Access. Clicking on that will let you turn it off globally for the course. You can also click on individual links in the course menu and click on Deny Guests to restrict guest access to specific links while letting some people look around at some things.

As to why it is on in your course I am not 100% sure. I know that myself, Heeyoung Kim the school's Coordinator for Distance Learning have the ability to turn on Guest Access inside a course, but I find that very very unlikely that either of us turned it on at some point. Rather, I think at some point in the old Blackboard guest access was turned on and when that course was imported into the new one the setting carried over. I will be able to do a little more research to see if that is a likely scenario when I am on campus tomorrow afternoon. I also see this course was imported from 7.3 in August (10th). When you imported it do you remember selecting the course settings checkbox? I'm sure it will be difficult to remember, but I feel that is the likely scenario.

I may be overstepping my bounds but I too would feel very upset if another faculty member came into a course uninvited and poached my course material. I think it is something I would bring up to your department chair.

Lastly, since you are off campus this semester, please let me know (I'd just like a copy of your permission in writing before I go in and fiddle with course settings), if you would like me to disable Guest Access in the course in question or if you would prefer you did it.

Please let me know if you have any questions.

Sincerely,

Shaun Holland

Shaun Holland
Instructional Technologist
Rider University OIT
609-896-5000 ext 7435

Shaun Holland (http://shaunholland.com/)

# EXHIBIT D-1

----- Forwarded Message -----
From: "Dr. Ira Bruce Sprotzer" <sprotzer@rider.edu>
To: "Susan M. Denbo" <denbo@rider.edu>
Cc: "sprotzer" <sprotzer@rider.edu>
Sent: Monday, January 23, 2012 9:48:02 PM
Subject: Re: PMBA 8290

Hi,

I knew nothing about this and find in unacceptable that he used your BB materials. How was he able to get on to the BB course site?

I only gave him a hard copy of your syllabus and told him that if he had any questions to contact you.

I think you or I should tell him that he cannot use your course materials without your permission.

Ira

# EXHIBIT D-2

----- Forwarded Message -----
From: "Dr. Ira Bruce Sprotzer" <sprotzer@rider.edu>
To: "Susan M. Denbo" <denbo@rider.edu>
Cc: "sprotzer" <sprotzer@rider.edu>
Sent: Wednesday, January 25, 2012 10:37:42 AM
Subject: Re: PMBA 8290

Did you find out how he got access to your course on BB?

Ira

# EXHIBIT E-1

----- Original Message -----
From: "Susan M. Denbo" <denbo@rider.edu>
To: "Susan O'Sullivan-Gavin" <sosullivang@rider.edu>
Sent: Wednesday, January 25, 2012 9:22:20 AM GMT -05:00 US/Canada Eastern
Subject: Fwd: PMBA 8290

Hi Sue,

I thought you would find this interesting-- sad, but interesting.

Susan
----- Forwarded Message -----
From: "Susan M. Denbo" <denbo@rider.edu>
To: "ROBERT KENNY" <taxdefender@lawyer.com>
Cc: "Ira Bruce Sprotzer" <sprotzer@rider.edu>, "Shaun Holland" <Holland@rider.edu>
Sent: Wednesday, January 25, 2012 9:18:08 AM GMT -05:00 US/Canada Eastern
Subject: Re: PMBA 8290

Bob,

Thanks for your response. I am troubled that you accessed my Blackboard for the course without asking my permission. The fact that you contacted me on Monday morning -- the day that the class first met, leads me to believe that you expected to use all of my materials for the course. I assume that you distributed a syllabus on Monday night and I would very much like to see that version.

You have known for months that you would be teaching the course and I would have been happy to discuss it with you at any time. I would have shared some of my materials with you if you had only asked. I don't know which of my materials you have copied (in addition to the syllabus) and, quite frankly, I am extremely upset about this whole episode. I also find it ironic that this has occurred in a class that deals with ethics.

Susan
----- Original Message -----
From: "ROBERT KENNY" <taxdefender@lawyer.com>
To: "Susan M. Denbo" <denbo@rider.edu>
Sent: Monday, January 23, 2012 10:29:02 PM GMT -05:00 US/Canada Eastern
Subject: Re: PMBA 8290

Answers below

----- Original Message -----

From: Susan M. Denbo
Sent: 01/23/12 09:27 PM
To: ROBERT KENNY
Subject: Re: PMBA 8290

Hi Bob,

I am quite surprised that you were able to access all of my course materials. Are you using the same homework assignments, power point slides, syllabus and other materials that I spent countless hours drafting?

*Yes to the powerpoints from the text and I adapted your syllabus. No to everything else. I was seeking your permission to use your materials. The students have none of this. I did not know that once used you could not use them again. I always do this from term to term. Again my apologies.*

Have all of your students already accessed this material?

*No*

If that is the case, I will not be able to use these materials the next time I teach the course, which is quite upsetting. I was under the impression that no one could access a Blackboard account unless enrolled in the course. Can you send me your syllabus and let me know which of my materials you are using? Had you contacted me, I would have been happy to discuss my course with you.

*I'll change everything including the homeworks then send you the copy.*

Thanks.

Susan

----- Original Message -----
From: "ROBERT KENNY" <taxdefender@lawyer.com>
To: "Susan M. Denbo" <denbo@rider.edu>
Sent: Monday, January 23, 2012 8:05:10 PM GMT -05:00 US/Canada Eastern
Subject: Re: PMBA 8290

I apologize if I was out of order doing that but I merely did a search of Blackboard under your name and it came right up. If you want me to do this on my own I will of course respect your wishes.

----- Original Message -----
From: Susan M. Denbo
Sent: 01/23/12 01:00 PM
To: Robert Kenny
Subject: PMBA 8290

Hi Bob, I am on leave and just got your voice mail message. I was surprised to learn that you had accessed my course Blackboard. Can you let me know how? Thanks. Susan

Bob Kenny

LAW OFFICES OF ROBERT KENNY, ESQ., CPA, C.F.E.
ATTORNEY AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
103 CARNEGIE CENTER, SUITE 300
PRINCETON, NEW JERSEY 08540-6235
FAX 609 964-1948 PH 609 955-3500
(hours by appointment)

Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Bob Kenny

LAW OFFICES OF ROBERT KENNY, ESQ., CPA, C.F.E.
ATTORNEY AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
103 CARNEGIE CENTER, SUITE 300
PRINCETON, NEW JERSEY 08540-6235
FAX 609 964-1948 PH 609 955-3500
(hours by appointment)

Pursuant to U. S. Treasury regulations, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--
Assistant Professor I
Department of Marketing, Advertising and Legal Studies College of Business Administration Rider University sosullivang@rider.edu

# EXHIBIT E-2

----- Forwarded Message -----
From: "Susan O'Sullivan-Gavin" <sosullivang@rider.edu>
To: "Susan M. Denbo" <denbo@rider.edu>
Sent: Wednesday, January 25, 2012 10:24:53 AM
Subject: Re: PMBA 8290

Wow. I think as a department we need to discuss this.