NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT KENNY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN M. DENBO, RIDER UNIVERSITY, and THE RIDER UNIVERSITY CHAPTER OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>　　　　　　Defendants. | Civ. No. 16-8578<br><br>**MEMORANDUM ORDER** |

THOMPSON, U.S.D.J.

　　This matter having come before the Court upon Plaintiff's motion (ECF No. 25) to revise the Court's January 5, 2017 opinion (ECF No. 21); and

　　IT APPEARING that the Court erred in its brief recitation of Plaintiff's allegations;

　　IT IS on this 24th day of January, 2017,

　　ORDERED that this Court's January 5, 2017 opinion (ECF No. 21) at page 2 be revised to remove the offending sentence and revise a subsequent sentence, such that it reads:

　　… Plaintiff provided his students with that syllabus, with a few alterations, and noted to them that it was Denbo's syllabus and that his course would deviate from it somewhat. Defendant Denbo then falsely accused him of unauthorized access and use of her student resources and syllabus and sought to have him fired from Rider University for "*extreme unethical behavior.*" (*Id.* ¶ 45, emphasis in the original). As a result, Plaintiff faced disciplinary action. Plaintiff alleges that Denbo's libelous statements caused injury to his professional reputation…

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Anne E. Thompson*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　ANNE E. THOMPSON, U.S.D.J.